**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BECKLEY DIVISION**

**WESLEY S.,**

       **Plaintiff,**

**v.**                                     **Case No.: 5:24-cv-00407**

**FRANK BISIGNANO,
Commissioner of the
Social Security Administration,**

       **Defendant.**

**<u>MEMORANDUM OPINION AND ORDER</u>**

Pending before the Court is Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b). (ECF No. 14). Defendant responded that he neither supports nor opposes the motion. (ECF No. 15). Having considered the motion and the attached exhibits, the Court **GRANTS** the request for attorney's fees.

On March 7, 2025, this Court awarded Plaintiff's counsel $5,250.00 in attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). (ECF No. 13). Following remand, Plaintiff obtained a favorable decision and was awarded past-due benefits, from which $20,956.00, representing 25% of those benefits, was withheld for possible payment of attorney's fees. (ECF No. 14-1).

Under 42 U.S.C. § 406(b), the Court may award a reasonable fee not to exceed 25% of past-due benefits. The Supreme Court has instructed that courts should give primacy to contingent-fee agreements, while conducting an independent check for reasonableness. *Gisbrecht v. Barnhart*, 535 U.S. 789, 807 (2002). A reduction may be

appropriate where the fee is disproportionate to the results achieved, counsel caused delay, or the benefits are large in comparison to the time expended. *Mudd v. Barnhart*, 418 F.3d 424, 428 (4th Cir. 2005).

Here, Plaintiff entered into a contingent fee agreement providing for attorney's fees up to 25% of past-due benefits. Counsel expended 28.1 hours representing Plaintiff before this Court, resulting in an effective hourly rate of approximately $745.76. The Court finds that the requested fee is within the statutory cap, reflects the contingent nature of the representation, and is reasonable in light of the favorable outcome obtained without undue delay.

Accordingly, the Court **GRANTS** Plaintiff's request for attorney's fees in the amount of $20,956.00 pursuant to 42 U.S.C. § 406(b). Counsel was previously awarded $5,250.00 in EAJA fees. Therefore, the Court **ORDERS** that the amount of the EAJA award be deducted from the § 406(b) fee, resulting in a net payment of **$15,706.00** to counsel. The Social Security Administration is **DIRECTED** to pay this amount to Plaintiff's counsel from the funds withheld from Plaintiff's past-due benefits and to release any remaining withheld funds to Plaintiff.

The Clerk is directed to provide a copy of this Memorandum Opinion and Order to counsel of record.

**ENTERED:** May 7, 2026

Joseph K. Reeder
United States Magistrate Judge